*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
HITESMAN, CRISFIELD, and C. STEPHENS,
Appellate Military Judges

_____

## UNITED STATES
Appellee

**v.**

## Gabriel A. DAVIS
Lance Corporal (E-3), U.S. Marine Corps
Appellant

### No. 201900012

Decided: 29 August 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judges: Lieutenant Colonel Jeffrey V. Munoz (arraignment); Major John Ferriter, USMC (trial). Sentence adjudged 11 September 2018 by a general court-martial convened at Marine Corps Air Station Yuma, Arizona, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 6 months, and a bad-conduct discharge.

For Appellant: Captain Valonne L. Ehrhardt, USMC.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are cor-

rect in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court